ANTHONY NATIELLO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOHN MURPHY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Warren, Chasan, Leyner & Holland* for the petitioners.

*Messrs. Harkavy & Lieb* for the respondents.

July 8, 1968.  Denied.

HOWARD J. THECKSTON, *ET AL.*, PLAINTIFFS-PETITION-ERS, v. TRIANGLE PUBLICATIONS, INC., *ET AL.*, DE-FENDANTS-RESPONDENTS.

*Mr. Harry Green* and *Mr. Sidney W. Bookbinder* for the petitioners.

*Messrs. Powell & Davis* for the respondent.

July 8, 1968.  Denied.

CHARLES P. JACKSON, PLAINTIFF-RESPONDENT, v. CON-CORD COMPANY, t/a HARTFORD ARMS, *ET AL.*, DE-FENDANTS-RESPONDENTS, CROSS-PETITIONERS AND DIVISION ON CIVIL RIGHTS, PETITIONER CROSS-RE-SPONDENT.

*Mr. Arthur J. Sills* and *Mr. Stephen Skillman* for the petitioner cross-respondent.

*Mr. Robert T. Healey* and *Mr. Peter P. Green* for the respondents cross-petitioners.

July 8, 1968.  Granted.